# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHAEH-LYNNE WALL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-391** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION "O"** |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation[1] of the United States Magistrate Judge, and the failure[2] of the Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's premature 42 U.S.C. § 405(g) action be **STAYED** and **ADMINISTRATIVELY CLOSED** pending the SSA's final decision on its reconsideration of Plaintiff's application for benefits, reserving to any party the right to move to lift the stay within 60 days of issuance of that decision.

---

[1] ECF No. 27.

[2] Any party may file an objection within fourteen days after being served a copy of a U.S. Magistrate Judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). To date, Plaintiff has not filed an objection to the Report and Recommendation issued by U.S. Magistrate Judge Dossier on January 6, 2025. ECF No. 27.

2

**IT IS FURTHER ORDERED** that Plaintiff's Motion[3] for the Appointment of Counsel be **HELD IN ABEYANCE**, without prejudice to Plaintiff's right to reassert her request for *pro bono* counsel, if necessary, should this matter ultimately be reopened.

New Orleans, Louisiana, this 18th day of March, 2025.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[3] ECF No. 24.